```
Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 956-5513 (phone)
(415) 840-0308 (fax)

Attorney for Petitioner,
Baljit Singh.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT SINGH, <br><br> Petitioner, <br><br> v. <br><br> LT. DAVID SEPULVEDA, JAIL ADMINISTRATOR, SANTA CLARA COUNTY DEPARTMENT OF CORRECTION, ET AL., <br><br> Respondents. | No.   C 07-04043 SBA <br> DHS Alien #   71-767-975 <br><br><br><br><br> MOTION FOR DISMISSAL; <br> [PROPOSED] ORDER |

    Pursuant to Civil Local Rule 7, undersigned counsel for Petitioner, Baljit Singh ("Mr. Singh"), hereby requests that the habeas petition currently pending before the Court be dismissed without prejudice.

    Mr. Singh has been removed from the United States to India. Subsequent to the filing of his habeas, and his removal, counsel's office has lost contact with Mr. Singh and his family. *See Antonio-Martinez v. INS*, 317 F.3d 1089 (9th Cir. 2003).

Motion for Dismissal and [Proposed] Order      1

DATED:     October 24, 2007            Respectfully submitted,

/s/ Robert B. Jobe
_____
Robert B. Jobe
LAW OFFICE OF ROBERT JOBE
550 Kearny, Suite 200
San Francisco, CA 94108
(415) 956-5513
(415) 840-0308 (fax)
bob@jobelaw.com

Attorney for Petitioner

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that Petitioner's habeas petition is dismissed without prejudice.

DATED:  11/7/07

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

Motion for Dismissal and [Proposed] Order